FILED

DEC 2 ℭ 2016

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-16-86-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER ALLOWING FILING OF DOCUMENT UNDER SEAL |
| DUSTIN ALEC HAGBERG, | |
| Defendant. | |

UPON MOTION of the Defendant (Doc. 36) and good cause appearing,

IT IS HEREBY ORDERED that the Defendant's Psychological Evaluation is filed under seal.

The Clerk of the Court is to notify counsel of the making of this Order.

DATED this 28th day of December, 2016.

SUSAN P. WATTERS
United States District Judge

1